In the Matter of the Application of STATEN ISLAND EDISON CORPORATION, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, Constituting as Such the Public Service Commission of the State of New York, etc., Respondents.§— Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur; Heffernan, J., dissents on the ground that the proposed bond issue in this case is reasonably required for refunding purposes, and that the expenditure to be refunded as a capital is distinct from an operating or income

---

*Affd., 263 N. Y. 593.  †Affd., 264 N. Y. 444.  ‡Affd., 263 N. Y. 604.
§Affd., 263 N. Y. 209.

charge. The debt which petitioner owes constitutes a lawful obligation. That being so it must be paid either in cash or by refunding bonds. In my judgment the Public Service Commission has misconstrued its authority.